## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 3:09-CV-00508-RJC-DSC

| | |
|---|---|
| ROBINSON EQUITIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MULTIGRAPHICS, INC. and ) | |
| AMERICAN IMAGE GRAPHICS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**FOR GOOD CAUSE** shown, the parties' Joint Motion to Remand (Doc. No. 4) is hereby **GRANTED**. The above-captioned matter is remanded pursuant to 28 U.S.C. § 1447 to the Superior Court Division of the General Court of Justice of Mecklenburg County, State of North Carolina.

Signed: December 9, 2009

Robert J. Conrad, Jr.
Chief United States District Judge